UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA MADDY, <u>on behalf of herself and all others similarly situated</u>,

                Plaintiff,

-v-

BUY4LESSTUXEDO.COM, INC,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 4673 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 23, 2022, the Court directed the parties to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan ("Proposed Case Management Plan") by Thursday, September 22, 2022. To date, the parties have not filed a Proposed Case Management Plan. Accordingly, the parties shall file a Proposed Case Management Plan by **Tuesday, September 27, 2022 at 5:00 p.m.** Failure to submit a Proposed Case Management Plan may result in adjournment of the Initial Case Management Conference.

Dated:      New York, New York
             September 26, 2022

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**